ACCEPTED
05-14-01356-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/13/2015 3:16:26 PM
LISA MATZ
CLERK

## CAUSE NO. 05-14-01356-CV

**COURT OF APPEALS FOR THE FIFTH DISTRICT**
**DALLAS, TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/13/2015 3:16:26 PM
LISA MATZ
Clerk

**STEVE HENSON, M.D. AND DAVID K. HENSON,**

**Appellants,**

**v.**

**GRUBER HURST JOHANSEN HAIL SHANK, LLP,**

**Appellee.**

**On Appeal from the 134th District Court**
**Cause No. DC-13-00553 of Dallas, County, Texas.**
**the Honorable Dale Tillery, Presiding**

## APPELLANTS STEVEN R. HENSON, M.D. AND DAVID K. HENSON'S COUNSEL'S MOTION TO WITHDRAW

**TO THE HONORABLE FIFTH COURT OF APPEALS:**

COMES NOW Appellants Steven Henson, M.D. and David K. Henson's counsel, Kevin Buchanan & Associates, P.L.L.C., and asks this Court to allow the firm to withdraw as attorneys for Appellants Steven Henson, M.D. and David K. Henson.

Appellants at issue in this Motion to Withdraw are Steven R. Henson, M.D and David K. Henson ("Appellants"). Appellee is Gruber Hurst Johansen Hail Shank, LLP. ("Appellee"). Appellants' counsel requests that the Court permit the firm to withdraw from representation of Appellants and shows the Court as follows:

1.    Appellants and Appellants' counsel are no longer able to agree on the defense and prosecution of this matter. Appellants have failed to reasonably cooperate in the prosecution and defense of this case, in violation of the attorney employment agreement, Appellants have failed to perform under the terms of the attorney employment agreement.

2.    There is good cause, as required by Texas Rule of Civil Procedure 10, for the Court to grant the Motion to Withdraw because Appellants and counsel are no longer able to agree on the prosecution and defense of this matter, Appellants have failed to reasonable cooperate in the prosecution and defense of this case, in violation of the attorney employment agreement. At the time of this filing, Appellant's Brief is currently due on March 7, 2015.

3.    Appellants' last known addresses are:

Steven R. Henson, M.D.
7002 W. Clearmeadow Circle
Wichita, Kansas 67205
(316) 644-9074

David K. Henson
6620 Eagle Drive
Derby, Kansas 67037
(316) 655-3535

4.    Appellants do not agree to this Motion to Withdraw. Pursuant to Texas Rule of Appellate Procedure 6.5, a copy of this Motion has been sent to both Appellants by first class mail and certified mail at their last known address and Appellants have been notified of their right to object to the Motion. A copy of this written notification is attached and incorporated as **Exhibit 1**.

## PRAYER

For the foregoing reasons, Appellants' counsel asks the Court to grant this Motion to Withdraw and allow Appellants adequate time to obtain new counsel. Finally, counsel for Appellants prays for such relief, both special and general, at law or equity, to which they may otherwise be entitled.

Respectfully submitted,

G. Kevin Buchanan
State Bar No. 00787161
courtfilings@kevinbuchananlaw.com
Chad T. McLain
State Bar No. 24083484
cmclain@kevinbuchananlaw.com
Grant K. Frankfurt
State Bar No. 24076951
gfrankfurt@kevinbuchananlaw.com
Matthew McDougal
State Bar No. 24092799
mmcdougal@kevinbuchananlaw.com
KEVIN BUCHANAN & ASSOCIATES, PLLC
900 Jackson Street, Ste. 350
Dallas, TX 75202
214-378-9500 Telephone
214-365-7220 Facsimile

ATTORNEYS FOR
APPELLANTS STEVEN HENSON, M.D.
AND DAVID K. HENSON

## VERIFICATION

STATE OF TEXAS     §
                           §    KNOW ALL MEN BY THESE PRESENTS THAT:

COUNTY OF DALLAS    §

On this day, Grant K. Frankfurt appeared before me, the undersigned notary public, and after I administered an oath to Grant K. Frankfurt, upon taking the oath, he said he read the foregoing instrument, the facts in it are within his personal knowledge, and are true and correct.

_____
Grant K. Frankfurt

Sworn to and Subscribed before me, the undersigned authority, by the aforesaid on February 13, 2015.

M.K. KASSIE HINES
Notary Public, State of Texas
My Commission Expires
July 28, 2018

_____
Notary Public, State of Texas

## CERTIFICATE OF CONFERENCE

A conference was initiated by the undersigned counsel on the merits of the instant Motion. Parties to this litigation are opposed to this withdrawal.

Certified on February 13, 2015.

_____
Grant K. Frankfurt

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion to Withdraw was served upon all counsel of record on this 13th day of February, 2015, pursuant to the Texas Rules of Appellate Procedure.

_____
Grant K. Frankfurt

# KEVIN BUCHANAN & ASSOCIATES, P.L.L.C.
## ATTORNEYS AT LAW

G. KEVIN BUCHANAN* (TX, OK)
CHAD T. MCLAIN
GRANT FRANKFURT
MATTHEW McDOUGAL

*Board Certified Personal Injury Trial Law
 Texas Board Of Legal Specialization

900 JACKSON STREET
SUITE 350
DALLAS, TEXAS 75202

TELEPHONE: (214) 378-9500
FACSIMILE: (214) 365-7220

www.kevinbuchananlaw.com

December 16, 2014

Steven R. Henson, M.D.
7002 W. Clearmeadow Circle
Wichita, Kansas 67205
Via Email to: cohiba83@hotmail.com,
Via First Class Mail and
Via CMRRR No.:

David K. Henson
6620 Eagle Drive
Derby, KS 67037
Via Email to:
dave_henson@flinthillsnational.com,
Via First Class Mail and
Via CMRRR No.:

Re:    *Steven R. Henson, M.D. and David K. Henson, v. Gruber Hurst Johansen Hail Shank, LLP*; Case No. 05-14-01356-CV in the Fifth District Court of Appeals, Dallas County, Texas.

Dear Dr. Henson and Mr. Henson:

Enclosed herein is a copy of **Appellants Steven R. Henson, M.D. and David K. Henson's Counsel's Motion to Withdraw** in the above-referenced matter.  You have the right to object to this Motion by submitting such objection, in writing, to the Court.

Should you have any questions, do not hesitate to contact our office.

Kindest Regards,

M.K. Kassie Hines,
Senior Paralegal

kh/
enclosures

EXHIBIT
**1**